In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands for the Improvement of the Water Front on the North River Between Twentieth and Twenty-first Streets.

In the Matter of the Taxation of the Disbursements Made by THE GENERAL THEOLOGICAL SEMINARY OF THE PROTESTANT EPISCOPAL CHURCH IN THE UNITED STATES, Respondent.

*Matter of City of New York*, 99 App. Div. 624, appeal dismissed.
(Argued February 20, 1905; decided March 7, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 14, 1904, which affirmed an order of Special Term overruling in part exceptions of the appellant herein to the report of a referee taxing certain disbursements made by the respondent herein in the above-entitled proceeding.

*John J. Delany*, Corporation Counsel (*Theodore Connoly* and *Charles D. Olendorf* of counsel), for appellant.

*William H. Harris* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.